**FILED**

SEP 26 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BANKS, | No. C 11-02031 EJD (PR) |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION; DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE |
| vs. | |
| MICHAEL HENNESSEY, et al., | |
| Defendants. | |
| | (Docket Nos. 32, 35 & 36) |

Plaintiff, along with four other detainees currently being held at the San Francisco County Jail ("SFCJ"), filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against SFCJ officials for unconstitutional acts. The Court ordered service of Plaintiff's complaint upon the named defendants on July 15, 2011. (See Docket No. 14.) Defendants have filed a motion for administrative relief, requesting an extension of time to file a dispositive motion. (Docket No. 35.) Good cause shown, the motion is GRANTED. Defendants shall file a motion for summary judgment or other dispositive motion with respect to the claims in the amended complaint found to be cognizable **no later than December 12, 2011.** Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than **thirty (30) days** from the date Defendants' motion is filed. Defendants shall file a reply brief no later than **fifteen**

1   **(15) days** after Plaintiff's opposition is filed.

2        Defendants have also filed a motion requesting that Plaintiff's motion for summary

3   judgment, (Docket No. 32), be dismissed without prejudice or to defer consideration

4   pursuant to Federal Rule of Civil Procedure 56(d).  (Docket No. 36.)  The motion is

5   GRANTED such that Plaintiff's motion for summary judgment is denied without

6   prejudice.  Plaintiff may file notice with the Court and resubmit the motion as a cross-

7   motion after Defendants file an initial pleading.

8        This order terminates Docket Nos. 32, 35 and 36.

9

10  DATED: _____9/22/11_____

11                               EDWARD J. DAVILA
                             United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


STEVE BANKS,

               Plaintiff,

  v.

MICHAEL HENNESSEY, et al.,

               Defendants.

Case Number: CV11-02031 EJD

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____9/26/11_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Steven V. Banks #11660867
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94103

Dated: _____9/26/11_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk