**FILED**

DEC 27 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN V. BANKS, | No. C 11-02031 EJD (PR) |
| Plaintiff, | JUDGMENT |
| vs. | |
| MICHAEL HENNESSEY, et al., | |
| Defendants. | |

The Court has dismissed all claims against Defendants, and granted their motion for summary judgment. Judgement is entered in favor of Defendants.

The Clerk shall close the file.

DATED: 12/21/12

EDWARD J. DAVILA
United States District Judge

Judgment
02031Banks_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVEN,

    Plaintiff,

v.

BANKS-V-MICHAEL HENNESSEY et al,

    Defendant.
_____/

Case Number: CV11-02031 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven V. Banks #11660867
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94103

Dated: December 27, 2012

                                            Richard W. Wieking, Clerk
                                            /s/ By: Elizabeth Garcia, Deputy Clerk